Currie Lumber and Millwork Company *v.* Riverside Memorial Mausoleum, Inc., Appellant.

Submitted December 6, 1974. *George Gershenfeld,* for appellant; *John Howland,* and *Howland and Hess,* for appellee.

Judgment affirmed.

Levy *v.* Stewart, Appellant.

Argued June 13, 1974. *Leonard Schaeffer,* with him *Stanley A. Uhr,* and *Pechner, Sacks, Dorfman, Rosen & Richardson,* for appellant; *Jay D. Barsky,* for appellee.

Order affirmed on the opinion of HIRSH, J.

Mahonski Appeal.

Argued December 6, 1974. *William Johnston,* for appellant; *Gregory V. Smith,* Assistant District Attorney, with him *Allen E. Ertel,* District Attorney, for appellee.

Order affirmed.

VAN DER VOORT, J., absent.